Decided May 8, 1995

CORINE CARR *v.* SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

The plaintiff's petition for certification for appeal
from the Appellate Court (AC 14126) is denied.

*Corine Carr,* pro se, in support of the petition.

*Stephen G. Ekern,* in opposition.

Decided March 15, 1995

STATE OF CONNECTICUT *v.* DENNIS SMITH

The state of Connecticut's petition for certification
for appeal from the Appellate Court, 36 Conn. App.
483 (AC 12134), is denied.

*David J. Sheldon,* deputy assistant state's attorney,
in support of the petition.

*Theodore C. Morris* and *David J. Elliott,* in opposition.

Decided March 15, 1995